# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE CASHION FAMILY TRUST | Case No. 2:24-cv-02201-APG-DJA |
| STEVEN MARK HAYDEN, | **Order Transferring Case** |
| Movant, | |
| v. | |
| TO BE DETERMINED, | |
| Respondent | |

Under Local Rule 42-1(a), the assigned judges have determined that this action should be reassigned to United States District Judge Anne Traum and Magistrate Judge Carla Baldwin because it is related to *In re Western Steel Inc., Hayden v Western Steel Inc.*, et al., 3:24-cv-00298-ART-CLB.

IT IS THEREFORE ORDERED that *In re Cashion Family Trust, Hayden v. To Be Determined*, 2:24-cv-02201-APG-DJA is reassigned to Judges Traum and Baldwin for all further proceedings.

DATED this 8th day of January, 2025.

_____          _____
ANNE R. TRAUM                                          ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE      CHIEF UNITED STATES DISTRICT JUDGE