UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN MARK HAYDEN,

                Plaintiff,

    v.

TO BE DETERMINED,

                Defendant.

Case No. 2:24-cv-002201-ART-CLB

ORDER

Before the Court is Plaintiff Steven Mark Hayden's motion to withdraw the reference. (ECF No. 1.) For the reasons discussed below, the Court denies the motion.

## I.  DISCUSSION

Hayden initiated an adversary proceeding against the Cashion Family Trust in Nevada bankruptcy court on August 22, 2023. *Steven Mark Hayden v. Cashion Family Trust*, Case No. 23-13563-gs at ECF No. 1 (Bankr. Nev. 2023). On November 29, 2023, the bankruptcy court ordered Hayden to show cause why the proceeding should not be dismissed for failure to prosecute. *Id.* at ECF No. 6. On January 30, 2024, Hayden filed a notice of voluntary dismissal. *Id.* at ECF No. 26. On February 20, 2024, the bankruptcy court issued an order dismissing Hayden's proceeding but retaining jurisdiction to hear and decide its order to show cause why sanctions should not be entered due to filings which suggest Hayden is abusing the judicial process. *Id.* at ECF No. 27, 28. On November 25, 2024, Hayden filed this motion to withdraw the reference to district court. (ECF No. 1.)

A party who believes that a proceeding pending in the bankruptcy court should instead be litigated before the district court may move for withdrawal of the reference pursuant to 28 U.S.C. § 157(d). However, a bankruptcy court order dismissing an adversary proceeding moots a motion to withdraw the reference as

to that adversary proceeding. *See Lundahl v. Fireman's Fund Ins. Co.*, 129 F. App'x 479, 480 (10th Cir. 2005) (motion to withdraw the reference was moot in light of dismissal of the underlying bankruptcy case); *In re Szanto,* No. 13-BK-51261-BTB, 2014 WL 4636340, at *1 (D. Nev. Sept. 16, 2014) (same); *In re Lear Corp.*, 418 B.R. 47, 48 (S.D.N.Y. 2009) (same); *In re Garden Fresh Restaurants, LLC,* No. 21-CV-1440 JLS (KSC), 2022 WL 410942, at *1 (S.D. Cal. Feb. 10, 2022) (same).

Here, because Hayden voluntarily dismissed the adversary proceeding, and the bankruptcy court retained jurisdiction only for the purpose of determining whether sanctions should be issued, Hayden's motion to withdraw the reference is moot.

**II.     CONCLUSION**

The Court therefore DENIES AS MOOT Plaintiff's motion to withdraw the reference (ECF No. 1).

The Clerk of Court is directed to close this case.

DATED: February 26, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE